IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| ESTATE OF CLIFFORD C. HALL, | : |  |
|  | : |  |
| Plaintiff, | : | NO. 09-3522 |
|  | : |  |
| v. | : |  |
|  | : |  |
| MARY TERESA HALL, | : |  |
|  | : |  |
| Defendant. | : |  |

## <u>ORDER</u>

AND NOW, this 3rd day of September, 2009, upon consideration of Plaintiff's Motion to

Remand (Doc. No. 4) and Defendant's Response in Opposition (Doc. No. 6), it is ORDERED as

follows:

1.      Plaintiff's Motion to Remand (Doc. No. 4) is GRANTED.

2.      This case is REMANDED to the Family Division of the Bucks County Court of

Common Pleas for all further proceedings.


BY THE COURT:


s/ Joel H. Slomsky
JOEL H. SLOMSKY,  J.